UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CHARMAINE LEORNA,

Petitioner,

v.

WYOMING STATE HOSPITAL,

Respondent.

No.  2:26-cv-1614 CSK P

ORDER

Petitioner, a state prisoner in Wyoming proceeding pro se, filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254, together with a request to proceed in forma pauperis.  This court will not rule on petitioner's request to proceed in forma pauperis.

Petitioner is incarcerated in Wyoming State Hospital-Evanston and was convicted in Sweetwater County, Wyoming.  Both Wyoming State Hospital and Sweetwater County are in an area embraced by the United States District Court for the District of Wyoming.

Pursuant to 28 U.S.C  § 2241(d), courts in both the district of conviction and the district of confinement have concurrent jurisdiction over applications for habeas corpus filed by state prisoners.  Because petitioner was not convicted in this district, and is not presently confined here, this district court does not have jurisdiction to entertain the application.

////

////

1

Accordingly, in the furtherance of justice, IT IS HEREBY ORDERED that this matter is transferred to the United States District Court for the District of Wyoming.  28 U.S.C. § 2241(d); 28 U.S.C. § 1406(a).

Dated:  May 5, 2026

_____
CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE

/1/leor1614.108b

2